UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LISA LANIER** | **CIVIL ACTION NO. 22-cv-5812** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 19] previously filed herein, having thoroughly reviewed the record, noting the lack of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that Plaintiff Lisa Lanier's ("Lanier") appeal is **GRANTED**, and the final decision of the Commissioner is **VACATED.**

**IT IS FURTHER ORDERED** that the case be **REMANDED** back to the Commissioner for further proceedings.

**MONROE, LOUISIANA**, this the 16th day of September 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE